IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| ANNETTE BARNES, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) Case No. 1:21-cv-21121 ) |
| v. | ) Judge Beth Bloom ) |
| ALLSUP EMPLOYMENT SERVICES, LLC, | ) ) |
| Defendant. | ) |

**STIPULATION CONCERNING PRETRIAL EVIDENTIARY ISSUES**

Plaintiff Annette Barnes and Defendant Allsup Employment Services, LLC ("AES") have agreed to the following stipulations to resolve certain of the parties' anticipated motions *in limine*. Plaintiff and AES hereby agree and stipulate as follows:

1. The parties will not introduce as evidence or use for the purposes of argument Mr. Aaron Woolfson's testimony alleging or suggesting that dialer log data has been altered or deleted.

2. The parties will not introduce evidence, testimony, or argument regarding the minimum amount of statutory damages available under the Telephone Consumer Protection Act ("TCPA"). For avoidance of doubt, this stipulation does not include evidence, testimony, or argument regarding the fact that a statutory minimum damage exists.

**AGREED:**


DATED: June 8, 2022                     By: /s/ *Ignacio J. Hiraldo*
                                                                               Ignacio J. Hiraldo, Esq.
                                                                               IJH LAW
                                                                               Florida Bar No. 0056031
                                                                               1200 Brickell Ave., Suite 1950
                                                                               Miami, FL 33131
                                                                               Telephone: (786) 496.4469

ijhiraldo@ijhlaw.com

Manuel S. Hiraldo, Esq.
Florida Bar No. 030380
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
Telephone: (954) 400-4713
mhiraldo@hiraldolaw.com

*Counsel for Plaintiff*

/s/ *Nadia Abramson*
Richard C. Godfrey, P.C. (pro hac vice)
Andrew B. Bloomer, P.C. (pro hac vice)
R. Allan Pixton (pro hac vice)
Kelsey Bleiweiss (pro hac vice)
Nadia Abramson (FL Bar No. 121763)
KIRKLAND & ELLIS LLP
300 North LaSalle St.
Chicago, IL  60654-3406
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
richard.godfrey@kirkland.com
andrew.bloomer@kirkland.com
allan.pixton@kirkland.com
kelsey.bleiweiss@kirkland.com
nadia.abramson@kirkland.com

Buffey E. Klein
Florida Bar No. 0034639
HUSCH BLACKWELL, LLP
1900 N. Pearl Street, Suite 1800
Dallas, TX 75201
Telephone: (214) 999-6100
Buffey.klein@huschblackwell.com

Scott J. Helfand (pro hac vice)
HUSCH BLACKWELL, LLP
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
Telephone: (312) 655-1500
scott.helfand@huschblackwell.com

*Counsel for Defendant Allsup Employment Services, LLC*

2

**SO ORDERED:**

DATED: _____, 2022

_____