UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cv-21121-BLOOM/Otazo-Reyes

ANNETTE BARNES, *individually and*
*on behalf of all others similarly situated*,              **CLASS ACTION**

    Plaintiff,                                                                **JURY TRIAL DEMANDED**

v.

ALLSUP EMPLOYMENT SERVICES, LLC,

    Defendant.

_____/

JOINT STIPULATION OF VOLUNTARY DISMISSAL *WITH* PREJUDICE

It is hereby stipulated and agreed by and between Plaintiff Annette Barnes and Defendant Allsup Employment Services, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), that this action, inclusive of all claims asserted, or that could have been asserted, by Plaintiff individually against Defendant, be, and the same hereby are, voluntarily dismissed in its entirety with prejudice, with each party bearing its own fees and costs.

Respectfully submitted,

Dated: 7/28/2022

| | |
|---|---|
| */s/ Michael Eisenband*<br>Michael Eisenband, Esq.<br>Florida Bar No. 94235<br>515 E Las Olas Blvd, Suite 120<br>Fort Lauderdale, FL 33301<br>MEisenband@Eisenbandlaw.com<br><br>***Attorney for Plaintiff*** | */s/ Nadia Abramson*<br>Andrew B. Bloomer, P.C. (pro hac vice)<br>R. Allan Pixton (pro hac vice)<br>Nadia Abramson (FL Bar No. 121763)<br>**KIRKLAND & ELLIS LLP**<br>300 North LaSalle, Chicago, IL 60654<br>T +1 312 862 2482<br>F +1 312 862 2200<br>andrew.bloomer@kirkland.com<br>allan.pixton@kirkland.com<br>nadia.abramson@kirkland.com<br><br>***Attorneys for Defendant*** |

1