UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21121-BLOOM/Otazo-Reyes

ANNETTE BARNES, individually
and on behalf of all others similarly
situated,

    Plaintiff,

v.

ALLSUP EMPLOYMENT
SERVICES, LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation of Voluntary Dismissal with Prejudice, ECF No. [129] ("Stipulation"), filed on July 28, 2022. The Court has carefully reviewed the Stipulation, the record in this case, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation, **ECF No. [129]**, is **APPROVED**;
2. The above-styled case is **DISMISSED WITH PREJUDICE**;
3. Each party shall bear its own attorneys' fees and costs;
4. To the extent not otherwise disposed of, all pending motions are **DENIED AS MOOT** and all deadlines are **TERMINATED**;
5. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 29, 2022.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record